| | | |
|---|---|---|
| Charles Prescott, Jr., | ) | Case No. 3:26-cv-1914-SAL-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | **DEFENDANT GEICO'S ANSWERS** |
| GEICO General Insurance Company; | ) | **TO LOCAL 26.01** |
| Absolute Towing, Inc.; CCC Information | ) | **INTERROGATORIES** |
| Systems, Inc.; Ryan West, Individually; | ) | |
| Mikael Richards, Individually; and John | ) | |
| Doe, as Agent/Driver for Absolute Towing, | ) | |
| Inc., | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Local Civil Rule 26.01, Defendant GEICO Secure Insurance Company, incorrectly identified as GEICO General Insurance Company ("GEICO") submits the following answers:

(A)     State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of that interest.

**ANSWER:     None known.**

(B)     As to each claim, state whether it should be tried jury or non-jury and why.

**ANSWER:     Plaintiff has requested a jury trial.**

(C)     State whether the party submitting these responses is a publicly owned company and separately identify (1) any parent corporation and any publicly held corporation owning ten percent (10%) or more of the party's stock; (2) each publicly-owned company of which it is a parent; and (3) each publicly owned company in which the party owns ten percent (10%) or more of the outstanding shares.

**ANSWER:** **GEICO is not a publicly owned company. GEICO is a wholly owned subsidiary of Berkshire Hathaway. GEICO is not the parent of any publicly owned company and does not own ten percent or more of any publicly owned company.**

(D) State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**ANSWER:** **Plaintiff filed suit in the Richland County Court of Common Pleas and, therefore, this action is being removed to the Columbia Division of United States District Court for the District of South Carolina.**

(E) Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases that *may be* related regardless of whether they are still pending. Whether cases *are* related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases arise from the same or identical transactions, happenings or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**ANSWER:** **GEICO does not have knowledge of any other matter filed in this District to which this action might relate.**

(F) If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**ANSWER:** **GEICO Secure Insurance Company was improperly identified as GEICO General Insurance Company. Counsel is not, at this time, authorized to accept service of a pleading reflecting the correct identification**

(G)     If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of their liability.

**ANSWER:** **Currently, GEICO is not aware of any such person or legal entity.**

(H)     In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, name – and identify the citizenship of – every individual or entity whose citizenship is attributed to that party or intervenor. This response must be supplemented when any later event occurs that could affect the court's jurisdiction under § 1332(a).

**ANSWER:** **GEICO is an entity organized under the laws of Nebraska and with its principal place of business in Maryland.**

WHELAN MELLEN & NORRIS, LLC

By: /s/ROBERT W. WHELAN
  Robert W. Whelan
  Federal Bar No. 9242
  E-Mail: robbie@whelanmellen.com
  89 Broad Street
  Charleston, SC 29401
  (843) 998-7099

*Attorney for Defendant GEICO*

May 11, 2026
Charleston, South Carolina