IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Charles Prescott, Jr., | ) | Case No. 3:26-cv-01914-SAL-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| GEICO General Insurance Company; Absolute Towing, Inc.; CCC Information Systems, Inc.; Ryan West, Individually; Mikael Richards, Individually; and John Doe, as Agent/Driver for Absolute Towing, Inc., | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

I, the undersigned Attorney of the law offices of Whelan Mellen & Norris, LLC, attorneys for GEICO General Insurance Company, do hereby certify that I have served all parties in this action with a copy of the pleading(s) hereinbelow specified by <u>mailing</u> a copy of the same to the following address(es):

Pleading(s):          **NOTICE OF REMOVAL**

**DEFENDANT GEICO'S ANSWERS TO LOCAL RULE 26.01 INTERROGATORIES**

Served:          Charles Prescott, Jr.
150 Southwell Rd.
Columbia, SC 29210

*Pro Se Plaintiff*

[SIGNATURE ON FOLLOWING PAGE]

WHELAN MELLEN & NORRIS, LLC

*/s/ Robert W. Whelan*
Robert W. Whelan
Federal Bar No. 9242
Whelan Mellen & Norris, LLC
89 Broad Street
Charleston, SC 29401
(843) 998-7099
robbie@whelanmellen.com

ATTORNEY FOR DEFENDANT
GEICO GENERAL INSURANCE COMPANY

May 12, 2026
Charleston, South Carolina

2