# Exhibit 1

9589 0710 5270 0042 9983 93

**PRESS FIRMLY TO SEA** | **S FIRMLY TO SEAL**

**UNITED STATES POSTAL SERVICE** ® | **PRIORITY**® **MAIL**

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.

ed international insurance.**

In used internationally, a customs declaration form is required.

ce does not cover certain items. For details regarding claims exclusions see the
ic Mail Manual at *http://pe.usps.com.*

ternational Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

**AT RATE ENVELOPE**

**RATE ■ ANY WEIGHT**

**ACKED ■ INSURED**

To schedule free Package
scan the QR code.

USPS.COM/PICKU


PAPER POUCH
how2recycle.info

PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

This package is made from post-consumer waste. Please recycle - again.

---

*Retail*

**UNITED STATES POSTAL SERVICE**

29223

**RDC 03**

U.S. POSTAGE PAID
PM
IRMO, SC 29063
APR 23, 2026

**$9.70**

S2322P501346-25

---

**UNITED STATES POSTAL SERVICE**® | **Click-N-Ship**®

**P**

usps.com
US POSTAGE

04/23/2026
0 lb 5 oz

9405 5301 0935 5323 1822 13 0088 5000 0502 0223

U.S. POSTAGE PAID

Malled from 29210  601072220017243

**PRIORITY MAIL**®

CHARLES A. PRESCOTT, JR., EA
CHARLES A PRESCOTT
150 SOUTHWELL RD
COLUMBIA SC 29210-4462

Created 2026-04-23
Flat Rate Envelope
**RDC 03**

**C008**

MITCHELL INTERNATIONAL, INC. C/O CT COR
STE 103
2 OFFICE PARK CT
COLUMBIA SC 29223-5948

**USPS TRACKING #**

9405 5301 0935 5323 1822 13

