## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF SOUTH CAROLINA

## COLUMBIA DIVISION

| | | |
|---|---|---|
| Charles Prescott, Jr., | ) | Civil Action No. |
| | ) | 3:26-cv-1914-SAL-TER |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GEICO General Insurance Company, | ) | |
| Absolute Towing, Inc.; Mitchell | ) | **ANSWERS TO LOCAL RULE 26.01** |
| International, Inc.; Ryan West, | ) | **INTERROGATORIES ON BEHALF OF** |
| Individually; Mikael Richards, | ) | **DEFENDANT MITCHELL** |
| Individually; and JOHN DOE as | ) | **INTERNATIONAL, INC.** |
| Agent/Driver for Absolute Towing, Inc. | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Rule 26.01 of the Local Civil Rules of the United States District Court for the District of South Carolina, as amended, the following answers to Interrogatories are hereby submitted on behalf of Defendant Mitchell International, Inc. ("Mitchell"):

1.    State the full name, address and telephone number of all personal or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**ANSWER:**

**Mitchell is not aware of anyone who may have a subrogation interest at this time.**

2.    As to each claim, state whether it should be tried jury or non-jury and why.

**ANSWER:**

**Plaintiff's Complaint indicates that he has demanded a jury trial.  If Plaintiff's claims are not dismissed as a matter of law, Mitchell will demand a jury trial as to each claim so triable by jury.**

1

3.      State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent; subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

**ANSWER:**

**Mitchell International, Inc. is not a publicly-owned company.  Mitchell is wholly owned by Mitchell Topco Holdings, Inc., which is majority owned by investment funds managed by Stone Point Capital LLC.  There are no publicly-owned companies of which it is a parent, and there are no publicly owned companies which own 10 percent or more of Mitchell's stock.**

4.      State the basis asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**ANSWER:**

**Without waiving any challenges to the Court's jurisdiction, Mitchell asserts the appropriate division is the Columbia Division because this matter was removed from the Richland County Court of Common Pleas.**

5.      Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal?  If so, provide: (1) a short caption and the full case number in the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action.  Counsel should disclose any cases which *may* be related regardless of whether they are still pending.  Whether cases *are* related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happening or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**ANSWER:**

**None of which Mitchell is aware.**

6.      If the Defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**ANSWER:**

**Mitchell asserts it has been properly identified in the caption, although it denies any liability to Plaintiff and maintains its challenges to the Court's jurisdiction.**

7.      If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

**ANSWER:**

**Mitchell asserts that it is not aware of the identity of anyone that is liable to Plaintiff, although this matter appears to be a dispute amongst Plaintiff and other co-defendants.**

SMITH│ROBINSON

_s/ Austin T. Reed_
Daniel C. Plyler, Fed. ID #9762
Austin T. Reed, Fed. ID #13405
3200 Devine Street
Columbia, SC 29205
T: 803-254-5445
F: 803-254-5007
Daniel.Plyler@SmithRobinsonLaw.com
Austin.Reed@SmithRobinsonLaw.com

_Counsel for Defendant Mitchell International, Inc._

Columbia, South Carolina

May 18, 2026

3