**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF SOUTH CAROLINA**

**COLUMBIA DIVISION**

| | | |
|---|---|---|
| Charles Prescott, Jr., | ) | Civil Action No. |
| | ) | 3:26-cv-1914-SAL-TER |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GEICO General Insurance Company, | ) | **CERTIFICATE OF SERVICE** |
| Absolute Towing, Inc.; Mitchell | ) | |
| International, Inc.; Ryan West, | ) | |
| Individually; Mikael Richards, | ) | |
| Individually; and JOHN DOE as | ) | |
| Agent/Driver for Absolute Towing, Inc. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The undersigned employee of SMITH│ROBINSON, attorneys for the Defendant Mitchell International, Inc. does hereby certify that service of **Defendant Mitchell International, Inc.'s Motion for Protective Order and/or Temporary Stay of Discovery** in the above-captioned action was made upon the *pro se* Plaintiff by U.S. mail at the below listed addresses this the 19th day of May, 2026 as follows:

Charles Prescott, Jr.
150 Southwell Road
Columbia, SC  29210

_____ *s/ Austin T. Reed* _____