RCV'D – USDC COLA SC
MAY 26 '26 PM12:16

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Charles Prescott, Jr., | | |
| | Plaintiff, | |
| v. | | PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT RYAN WEST PURSUANT TO FRCP 55(a) |
| GEICO General Insurance Company; Absolute Towing, Inc.; CCC Information Systems, Inc.; Ryan West, individually; Mikael Richards, Individually; John Doe, as Agent/Driver for Absolute Towing, Inc. | | |
| | Defendants. | Case No. 3:26-cv-01914-SAL-TER |

Plaintiff Charles Prescott, Jr. respectfully requests that the Clerk enter Default against Defendant Ryan West pursuant to Federal Rule of Civil Procedure 55(a). The grounds for this request are as follows:

1. Plaintiff properly served Defendant Ryan West on April 23, 2026, by Certified Mail, Restricted Delivery, in accordance with Rule 4(d)(8), South Carolina Rules of Civil Procedure. Delivery was confirmed via USPS Form 3811 (Restricted Delivery Return Receipt), included in the record as Exhibit C to Plaintiff's Motion to Remand.

2. Defendant West did not file an Answer or responsive pleading in state court prior to removal.

3. Defendant West has not filed an Answer, Rule 12 motion, or any other responsive pleading in this Court following removal.

4. Under FRCP 81(c)(2)(C), because Defendant West had not answered in state court before removal, his Answer was due 7 days after the Notice of Removal was filed.

5. GEICO filed the Notice of Removal on May 11, 2026. Accordingly, Defendant West's Answer was due on May 18, 2026.

6. As of the date of this filing, Defendant West has failed to plead or otherwise defend this action within the time required by the Federal Rules.

7. Under FRCP 55(a):

"When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, the clerk must enter the party's default."

Because Defendant West has failed to plead or otherwise defend, entry of default is mandatory.

WHEREFORE, Plaintiff respectfully requests that the Clerk enter Default against Defendant Ryan West pursuant to FRCP 55(a).

Respectfully submitted,

Charles Prescott, Jr.

Plaintiff, Pro Se

150 Southwell Rd.

Columbia, SC 29210

charles@columbiataxlawyer.com

843-504-4542

Date: May 26, 2026

CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of May 2026, a true and correct copy of the foregoing Request for Clerk's Entry of Default was served via U.S. Mail and email upon:

Robert W. Whelan

Whelan Mellen & Norris, LLC

89 Broad Street

Charleston, SC 29401

robbie@whelanmellen.com

Attorney for GEICO and David West

And upon all other parties of record via their last-known addresses.

Charles Prescott, Jr.

Plaintiff, Pro Se

RCV'D - USDC COLA SC
MAY 26 '26 PM 12:16