1   Exhibit A: April 27, 2026 Email from Whelan.

 Outlook

### Prescott v. Geico et al.

From Robbie Whelan <robbie@whelanmellen.com>
Date Mon 4/27/2026 4:58 PM
To    charles@columbiataxlawyer.com <charles@columbiataxlawyer.com>

Mr. Prescott: I have been retained to represent Geico Secure Insurance Company and Ryan West in the above-referenced action. As these are represented parties, please communicate with me, as opposed to them, going forward. Thanks, Robbie Whelan.

Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To learn more about us, visit our website.

2. Exhibit B: April 7, 2026 SCDOI Letter.

# South Carolina
# Department of Insurance

Capitol Center
1201 Main Street, Suite 1000
Columbia, South Carolina 29201

**HENRY McMASTER**
Governor

**MICHAEL WISE**
Director

Mailing Address:
P.O. Box 100105, Columbia, S.C. 29202-3105
Telephone: (803) 737-6160

Dear Mr. Prescott,

The Department has received and reviewed your formal rebuttal dated **April 7, 2026**. We appreciate the detail you have provided. On the same date we forwarded your concerns to GEICO for their review and response. Attached is a copy of their position letter.

Please understand the following regarding the Department's authority and the scope of the Office of Consumer Services (OCS):

· No Private Right of Action. S.C. Code Ann. § 38-59-20 does not create a private right of action. The Department cannot confirm legal violations or adjudicate disputed facts on behalf of an individual complainant.

· Confidentiality of Investigations. Pursuant to S.C. Code Ann. § 38-13-70, all Department investigations are confidential unless and until a final order is issued against a licensee. The Department cannot confirm whether any investigation is ongoing, nor provide updates or product related to any regulatory review.

· OCS Role. The Office of Consumer Services facilitates communication between consumers and insurers and investigates complaints to provide general recommendations. We do not provide legal advice, compel production of records, issue cease and desist orders, or initiate individual licensure reviews at the request of a complainant. Those actions, if warranted, are discretionary and confidential.

## Next Steps

If, after reviewing GEICO's response, and you remain unsatisfied, your recourse is to pursue private legal action.

Your pending civil litigation deadline (April 20, 2026) is a matter for the courts, not this Department.

The Department considers File No. 268531 closed and added to our State Based System which is market conduct system that monitors licensees in our state. We appreciate the opportunity to respond.

In service

Jimmy Winders
Insurance Regulatory Analyst

3   Exhibit C: Service Cards for David Ryan West and CCC.





**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

David West
6716 Poley Creek D
Lakeland Fl 33811

9590 9402 9287 4295 2172 26

2. Article Number (Transfer from service label)

9589 0710 5270 0042 9984 16

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ■ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mitchell Intl. inc.
C/O CT Corp
STE 103
2 Office ParK Ct
Columbia SC, 29223

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9402 9287 4295 2172 40

2. Article Number (Transfer from service label)

9589 0710 5270 0042 9983 93

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____    ☐ Agent
                          ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
■ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
  ☐ Mail
  ☐ Mail Restricted Delivery
    500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt