# Exhibit B

*Declaration of Ryan West*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Charles Prescott, Jr., | ) | Case No. 3:26-cv-01914-SAL-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | **DECLARATION OF RYAN WEST** |
| GEICO General Insurance Company; | ) | |
| Absolute Towing, Inc.; CCC Information | ) | |
| Systems, Inc.; Mitchell International, Inc., | ) | |
| Ryan West, Individually; Mikael Richards, | ) | |
| Individually; and John Doe, as | ) | |
| Agent/Driver for Absolute Towing, Inc., | ) | |
| | ) | |
| Defendants. | ) | |

I, Ryan West, declare as follows:

1.      I am over the age of 18 and make the following statements based upon my own personal knowledge.

2.      I am a Senior Director with Government Employees Insurance Company ("GEICO").

3.      I have been with GEICO for approximately 33.5 years.

4.      I am a resident of Lakeland, Florida. Although I have occasionally traveled to the State of South Carolina for business purposes over my 33.5 years of employment with GEICO, I do not regularly transact personal business in South Carolina and, for example, have not been to South Carolina in the year 2026.

5.      I do not own property in the State of South Carolina, and I do not maintain a personal office or a registered agent in the state.

1

6. On May 26, 2026, my counsel emailed to me a certified mail "green card" which I understand Plaintiff alleges shows service upon me via certified mail.

7. I had not seen this green card prior to May 26.

8. The mark appearing on the certified mail return receipt is not my signature.

9. I did not authorize any individual, including any agent, family member, or other person, to sign on my behalf or to accept service in this matter.

10. The signature on the return receipt is illegible to me and does not identify any clear recipient of the mailing; however, I know it is not the signature of anyone residing at my address.

11. Although I live at 6710 Poley Creek Drive, West, Lakeland Florida, 33811, I was out of town and not at that address from April 14 through April 27, 2026.

12. Furthermore, I had no involvement in the handling of Charles Prescott's claim.

13. As a Senior Director, on occasion, I approve correspondence to state departments of insurance.

14. I was made aware of Mr. Prescott's claim on or around March 26, 2026, when a draft response letter to the South Carolina Department of Insurance was sent to me for my review and approval..

15. Prior to my review, this letter had been drafted and reviewed by the claims team responsible for Mr. Prescott's claim as well as management over that claim.

16. I approved the March 26, 2026 response to the South Carolina Department of Insurance, after which my electronic signature was added to the letter and it was transmitted to the SCDOI.

17. I had no other involvement with the handling of Mr. Prescott's claim before or after approving this letter.

2

3

I, Ryan West, declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct to the best of my knowledge.

_____

Ryan West

June 1, 2026

3