------------------------------------------------------------

EXHIBIT A – PLAINTIFF'S PROPOSED PROTECTIVE ORDER

------------------------------------------------------------

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

Charles Prescott, Jr.,

Plaintiff,

v.

GEICO General Insurance Company;
Absolute Towing, Inc.;
CCC Information Systems, Inc.;
Ryan West, Individually;
Mikael Richards, Individually;
John Doe, as Agent/Driver for
Absolute Towing, Inc.

Defendants.

PROTECTIVE ORDER

Case No. 3:26-cv-01914-SAL-TER

PROTECTIVE ORDER

Pursuant to Rule 26(c), and for good cause shown, the Court enters the following Protective Order:

1. Scope. This Order applies only to documents or information containing: (a) Social Security numbers; (b) dates of birth; (c) financial account numbers; (d) medical information; (e) legitimately confidential business information whose disclosure would cause specific, articulable harm; or (f) source code, algorithms, or mathematical formulas, which may be designated "ATTORNEYS' EYES ONLY."

2. Designation. A party may designate material as "CONFIDENTIAL" or "ATTORNEYS' EYES ONLY" only if it falls within Paragraph 1. Blanket or indiscriminate designations are prohibited.

3. Use. Confidential or AEO material may be used solely for this litigation and disclosed only to the Court, counsel, the parties, experts, and necessary support personnel. AEO material may be reviewed only by counsel and retained experts.

4. Challenges. Any party may challenge a designation. The parties must confer in good faith before seeking Court intervention.

5. Filing Under Seal. A party seeking to file Confidential or AEO material under seal must comply with Local Civil Rule 5.03.

6. No Stay. Nothing in this Order alters or stays any party's obligation to timely respond to discovery.

7. Admissibility. This Order does not govern admissibility at trial.

8. Non-Parties. Non-parties producing information may invoke this Order.

IT IS SO ORDERED.

_____

United States District Judge

Date: _____

RCV'D – USDC COLA SC
JUN 1 '26 PM2:50