IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

Charles Prescott, Jr.,

Plaintiff,

v.

GEICO General Insurance Company;
Absolute Towing, Inc.;
CCC Information Systems, Inc.;
Ryan West, Individually;
Mikael Richards, Individually;
John Doe, as Agent/Driver for
Absolute Towing, Inc.

Defendants.

PLAINTIFF'S MOTION FOR ORDER
DIRECTING THE CLERK TO ENTER
DEFAULT AGAINST DEFENDANTS
ABSOLUTE TOWING, INC. AND RYAN WEST
PURSUANT TO FRCP 55(a)

RCV'D – USDC COLA SC
JUN 1 '26 PM2:49

Case No. 3:26-cv-01914-SAL-TER

Plaintiff respectfully moves the Court for an Order directing the Clerk to enter default against Defendants Absolute Towing, Inc. and Ryan West pursuant to Federal Rule of Civil Procedure 55(a).

Plaintiff previously filed Requests for Clerk's Entry of Default against both defendants.

Despite the passage of time and the satisfaction of all Rule 55(a) prerequisites, no default has been entered.

I. THE PREREQUISITES OF RULE 55(a) ARE SATISFIED

1. Plaintiff properly served Defendant Absolute Towing, Inc. on April 23, 2026.

2. Plaintiff properly served Defendant Ryan West on April 27, 2026.

3. Neither defendant filed an Answer or Rule 12 motion in state court before removal on May 11, 2026.

4. Under FRCP 81(c)(2)(C), because neither defendant answered in state court before removal, their responsive pleadings were due 7 days after the Notice of Removal—i.e., May 18, 2026.

5. As of the date of this filing, both defendants have failed to plead or otherwise defend this action within the time required by the Federal Rules of Civil Procedure.

## II. ENTRY OF DEFAULT IS A MINISTERIAL ACT AND IS NOT DISCRETIONARY

Rule 55(a) provides that when a party "has failed to plead or otherwise defend, the clerk must enter the party's default." Federal courts uniformly hold that "The clerk's entry of default is a purely **ministerial act**." Vongrabe v. Sprint PCS, 312 F. Supp. 2d 1313, 1318 (S.D. Cal. 2004). "Once the prerequisites of Rule 55(a) are met, entry of default is mandatory, not discretionary." 10A Wright & Miller, Fed. Prac. & Proc. Civ. § 2682 (4th ed.). A clerk may not withhold entry of default where the record shows failure to plead or otherwise defend. The record here satisfies Rule 55(a) in full. The Clerk's role is ministerial, and the absence of action warrants judicial direction.

## III. RELIEF REQUESTED

Because the Rule 55(a) prerequisites are satisfied and the Clerk has not acted, Plaintiff respectfully requests that the Court enter an Order directing the Clerk to:

1. Enter default against Defendant Absolute Towing, Inc.; and

2. Enter default against Defendant Ryan West.

A proposed order may be submitted at the Court's request.

Respectfully submitted,

Charles Prescott, Jr.

Plaintiff, Pro Se

150 Southwell Rd.

Columbia, SC 29210

charles@columbiataxlawyer.com

(843) 504-4542

Date: June 1, 2026

CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of June 2026, I served a copy of the foregoing

Motion on all counsel of record via the Court's CM/ECF system, which automatically

serves all registered users.

Charles Prescott, Jr.

Plaintiff, Pro Se

RCV'D – USDC COLA SC
JUN 1 '26 PM2:50