Exhibit A – USPS Tracking Record showing:

- "Available for Pickup since May 11, 2026"

- Mail Hold placed by Defendant

- Certified article unclaimed

# USPS Tracking®

FAQs >

Remove ✕

Tracking Number:

## 9589071052700042998386

Copy    **Add to Informed Delivery**

## Latest Update

Your item arrived at our USPS facility in GREENSBORO NC DISTRIBUTION CENTER on June 3, 2026 at 11:47 am. The item is currently in transit to the destination.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

Feedback

## On the Way

**Arrived at USPS Facility**

GREENSBORO NC DISTRIBUTION CENTER
June 3, 2026 11:47 AM

**Reminder to Schedule Redelivery of your item**

May 16, 2026

**Notice Left (No Authorized Recipient Available)**

ELGIN, SC 29045
May 11, 2026 2:42 PM

**Out for Delivery**

ELGIN, SC 29045
May 11, 2026 8:06 AM

**Arrived at USPS Facility**

COLUMBIA SC PROCESSING CENTER
May 10, 2026 4:52 PM

**Arrived at USPS Facility**

CHARLOTTE NC DISTRIBUTION CENTER
May 10, 2026 12:06 AM

**Processing at USPS Facility**

ELGIN, SC 29045
May 9, 2026 12:17 PM

**Arrived at USPS Facility**

COLUMBIA SC PROCESSING CENTER
April 24, 2026 11:42 PM

**Arrived at USPS Facility**

CHARLOTTE NC DISTRIBUTION CENTER
April 24, 2026 3:49 PM

**Arrived at USPS Facility**

COLUMBIA SC PROCESSING CENTER
April 23, 2026 6:39 PM

**Departed USPS Facility**

IRMO, SC 29063
April 23, 2026 5:08 PM

**Departed Post Office**

IRMO, SC 29063
April 23, 2026 4:58 PM

**USPS in possession of item**

IRMO, SC 29063
April 23, 2026 2:50 PM

**Hide Tracking History**

What Do USPS Tracking Statuses Mean?

**Text & Email Updates**                    ⌄

**USPS Tracking Plus®**                      ⌄

**Product Information**                       ⌄

# USPS Tracking®

FAQs >

Tracking Number:

**Remove ✕**

## 9589071052700042998386

Copy      **Add to Informed Delivery**

### Latest Update

Your item arrived at our USPS facility in GREENSBORO NC DISTRIBUTION CENTER on June 3, 2026 at 11:47 am. The item is currently in transit to the destination.

**Get More Out of USPS Tracking:**

   **USPS Tracking Plus®**

Feedback

## On the Way

**Arrived at USPS Facility**

GREENSBORO NC DISTRIBUTION CENTER
June 3, 2026 11:47 AM

**Reminder to Schedule Redelivery of your item**

May 16, 2026

**Notice Left (No Authorized Recipient Available)**

ELGIN, SC 29045
May 11, 2026 2:42 PM

**Out for Delivery**

ELGIN, SC 29045
May 11, 2026 8:06 AM

**Arrived at USPS Facility**

COLUMBIA SC PROCESSING CENTER
May 10, 2026 4:52 PM

**Arrived at USPS Facility**

CHARLOTTE NC DISTRIBUTION CENTER
May 10, 2026 12:06 AM

**Processing at USPS Facility**

ELGIN, SC 29045
May 9, 2026 12:17 PM

**Arrived at USPS Facility**

COLUMBIA SC PROCESSING CENTER
April 24, 2026 11:42 PM

**Arrived at USPS Facility**

CHARLOTTE NC DISTRIBUTION CENTER
April 24, 2026 3:49 PM

**Arrived at USPS Facility**

COLUMBIA SC PROCESSING CENTER
April 23, 2026 6:39 PM

**Departed USPS Facility**

IRMO, SC 29063
April 23, 2026 5:08 PM

**Departed Post Office**

IRMO, SC 29063
April 23, 2026 4:58 PM

**USPS in possession of item**

IRMO, SC 29063
April 23, 2026 2:50 PM

**Hide Tracking History**

What Do USPS Tracking Statuses Mean?

## Text & Email Updates    ⌄

## USPS Tracking Plus®    ⌄

## Product Information    ⌄

Exhibit B – Email from Attorney Whelan stating:

- "I represent Richards"

- Counsel's knowledge of the lawsuit and service attempt

 Outlook

## RE: Follow up email

From Robbie Whelan <robbie@whelanmellen.com>

Date Fri 5/29/2026 5:41 PM

To      charles@columbiataxlawyer.com <charles@columbiataxlawyer.com>

I do not represent Absolute. I represent Geico and Ryan West. I also represent Mr. Richards. My understanding is that Mr. Richards has not been served either. If you do serve him, please let me know.

**From:** charles@columbiataxlawyer.com <charles@columbiataxlawyer.com>
**Sent:** Tuesday, May 26, 2026 8:47 PM
**To:** Robbie Whelan <robbie@whelanmellen.com>
**Subject:** Follow up email

Robbie,

Following up on the status of Absolute's discovery. Absolute is now in default on the April 21 Requests for Admission. I'm forwarding a copy of the RFAs for your file. I'm sending these now so there's no suggestion later that I withheld anything or sandbagged anyone.

And one more thing, Robbie — I need you to state, plainly, who you're actually representing now. You told me you represented West. West is in default. Absolute is in default. Before anything else moves, I need a straight answer on which defendant you're appearing for and which you're not.

Charles Prescott 150 Southwell Rd. Columbia, SC 29210 (843) 504-4542

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.