-------------------------------------------------------------------------------

PROPOSED ORDER

-------------------------------------------------------------------------------

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Charles Prescott, Jr.,<br><br>                                        Plaintiff,<br><br>                        v.<br>GEICO General Insurance Company;<br>Absolute Towing, Inc.;<br>CCC Information Systems, Inc.;<br>Ryan West, Individually;<br>Mikael Richards, Individually;<br>John Doe, as Agent/Driver for<br>Absolute Towing, Inc.<br>                                        Defendants. | ORDER<br><br><br><br><br><br><br><br><br><br><br><br>Case No. 3:26-cv-01914-SAL-TER |

This matter comes before the Court on Plaintiff's Motion for Order Authorizing Alternative Service under Fed. R. Civ. P. 4(e)(1) and S.C. R. Civ. P. 4(d)(8). Having reviewed the Motion, the supporting affidavit, and the attached exhibits, the Court finds:

1) Plaintiff has exercised due diligence in attempting service of Defendant Richards;
2) Defendant Richards has intentionally avoided service;
3) Counsel for Defendant Richards has actual notice of this action; and
4) Alternative service is reasonably calculated to provide actual notice.

IT IS THEREFORE ORDERED that Plaintiff is authorized to serve Defendant Richards by

serving Attorney Robert W. Whelan, counsel who has admitted representation, by email and/or U.S. Mail.

IT IS SO ORDERED.

_____
United States District Judge           Dated: _____