# USPS Tracking®

FAQs >

Tracking for David West USPS Greencard showing delivery.

**Tracking Number:**

Remove ✕

## 9589071052700042998416

Copy          Add to Informed Delivery

### Latest Update

Your item was delivered to an individual at the address at 1:27 pm on April 27, 2026 in LAKELAND, FL 33811.

---

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Feedback

## Delivered

**Delivered, Left with Individual**

LAKELAND, FL 33811
April 27, 2026 1:27 PM

**Out for Delivery**

LAKELAND, FL 33811
April 27, 2026 6:10 AM

**Arrived at Post Office**

LAKELAND, FL 33813
April 27, 2026 4:47 AM

**Arrived at USPS Facility**

YBOR CITY FL DISTRIBUTION CENTER
April 25, 2026 11:32 PM

**Arrived at USPS Facility**

CHARLOTTE NC DISTRIBUTION CENTER
April 24, 2026 3:48 PM

**Arrived at USPS Facility**

COLUMBIA SC PROCESSING CENTER
April 23, 2026 6:39 PM

**Departed USPS Facility**

IRMO, SC 29063
April 23, 2026 5:08 PM

**Departed Post Office**

IRMO, SC 29063
April 23, 2026 4:58 PM

**USPS in possession of item**

IRMO, SC 29063
April 23, 2026 2:47 PM

**Hide Tracking History**

What Do USPS Tracking Statuses Mean?

**Text & Email Updates**    ∨

**USPS Tracking Plus®**    ∨

**Product Information**    ∨

See Less ∧

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

 Outlook

## Fw: SCDOI Complaint #268531 Rule 408 settlement Communication and Notice of pending service.

**From** charles@columbiataxlawyer.com <charles@columbiataxlawyer.com>
**Date** Wed 4/22/2026 11:04 PM
**To**  drwest@geico.com <drwest@geico.com>

📎 3 attachments (2 MB)
Filed Complaint.pdf; 1-EST-ESTIMATE--1015-35-03-06-2026-16-54-24.pdf; Pro-Glo Estimate.pdf;

Brad,

I am enclosing the email I sent today to the South Carolina Department of Insurance, along with the same attachments provided to the Department. My goal is to resolve this matter quickly, fairly, and safely. None of this is personal toward you, and I recognize that you were performing your job as you were trained to do. I am simply trying to move the valuation process forward in a transparent and documented way.

Because you are a named defendant in the lawsuit, I want to be clear that you should seek independent legal counsel to protect your own interests. GEICO's counsel will represent GEICO. They cannot ethically represent you, and their obligations run to the company—not to you personally.

Regarding mediation: if you are comfortable using the Midlands Mediation Center, I will cover the full cost of that session. If you would prefer a more traditional mediator, you may select any of the following at your own expense:

• Judge John Nichols (my preference) • Blake Hewitt • Mike Montgomery

All three are neutral, respected, and appropriate for an individual defendant who wants a safe, calm, non-adversarial environment. You may choose whichever option feels most comfortable to you.

Please make your selection of mediator by Monday. Mediation must occur on or before May 15.

If you prefer to resolve this matter without mediation, I am willing to settle your portion of the case for $50,000 prior to mediation. This pre-mediation offer is withdrawn once mediation begins.

For convenience, I would ask that you accept service electronically by email. The full service packet is being prepared and will be sent shortly. If you prefer formal service instead, please be prepared to sign for it when it arrives.

Please review the enclosed materials at your earliest opportunity. If you have questions or if you would prefer to resolve your portion of this matter individually, I am open to that discussion.

Respectfully, Charles Prescott

 Outlook

## RE: Follow up email

From Robbie Whelan <robbie@whelanmellen.com>

Date Fri 5/29/2026 5:41 PM

To    charles@columbiataxlawyer.com <charles@columbiataxlawyer.com>

I do not represent Absolute.  I represent Geico and Ryan West.  I also represent Mr. Richards. My understanding is that Mr. Richards  has not been served either.  If you do serve him, please let me know.

**From:** charles@columbiataxlawyer.com <charles@columbiataxlawyer.com>
**Sent:** Tuesday, May 26, 2026 8:47 PM
**To:** Robbie Whelan <robbie@whelanmellen.com>
**Subject:** Follow up email

Robbie,

Following up on the status of Absolute's discovery. Absolute is now in default on the April 21 Requests for Admission. I'm forwarding a copy of the RFAs for your file. I'm sending these now so there's no suggestion later that I withheld anything or sandbagged anyone.

And one more thing, Robbie — I need you to state, plainly, who you're actually representing now. You told me you represented West. West is in default. Absolute is in default. Before anything else moves, I need a straight answer on which defendant you're appearing for and which you're not.

Charles Prescott 150 Southwell Rd. Columbia, SC 29210 (843) 504-4542

Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.