RCV'D - USDC COLA SC
JUN 5 '26 PM2:37

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

Charles Prescott, Jr.,

Plaintiff,

v.

GEICO General Insurance Company;
Absolute Towing, Inc.;
CCC Information Systems, Inc.;
Ryan West, Individually;
Mikael Richards, Individually;
John Doe, as Agent/Driver for
Absolute Towing, Inc.

Defendants.

PLAINTIFF'S MOTION TO ACCELERATE
REVIEW OF PENDING MOTIONS AND
MEMORANDUM IN SUPPORT

Case No. 3:26-cv-01914-SAL-TER

Plaintiff respectfully moves the Court to accelerate review and disposition of the pending motions in this matter, including Plaintiff's Motion to Remand, Plaintiff's Motion to Strike Defendant Ryan West's Motion to Dismiss, and Plaintiff's forthcoming Motion for Default Judgment. Good cause exists for expedited consideration because Plaintiff has already filed his responses and supporting materials more than thirty days ahead of the deadlines contemplated by the Federal Rules, Defendant West is in default and has not filed a Rule 55(c) motion to set aside that default, and the removal of this action has created unnecessary delay in a case that was already progressing in state court.

## MEMORANDUM IN SUPPORT

### I. PLAINTIFF HAS ALREADY COMPLETED ALL BRIEFING WELL AHEAD OF SCHEDULE

Plaintiff has filed all responsive materials more than thirty days early. No additional briefing is required from Plaintiff, and the motions are fully ripe for review. Plaintiff's early filings eliminate any concern about prejudice to any party and support accelerated review.

### II. DEFENDANT WEST IS IN DEFAULT AND HAS NOT MOVED UNDER RULE 55(c)

Plaintiff requested entry of default on May 26, 2026, based on service completed April 23, 2026. Defendant West has not filed a Rule 55(c) motion to set aside the default. A defendant in default may not file a Rule 12(b) motion unless the default is first vacated. Because West's

Motion to Dismiss is procedurally improper, expedited review of Plaintiff's Motion to Strike is warranted.

## III. REMOVAL HAS CREATED UNNECESSARY DELAY AND EXPEDITED REVIEW WILL PREVENT FURTHER PREJUDICE

This case was already moving forward in state court. Removal has halted progress and delayed adjudication of Plaintiff's claims. Plaintiff's Motion to Remand is fully briefed and ready for decision. Accelerated review will prevent further delay and ensure that the Court promptly resolves threshold jurisdictional and procedural issues.

## IV. EXPEDITED REVIEW DOES NOT IMPLICATE THE MERITS AND DOES NOT WAIVE REMAND

This motion seeks only faster consideration of motions already pending before the Court. It does not request merits adjudication, discovery, or a scheduling order. It therefore does not waive Plaintiff's Motion to Remand or invoke federal jurisdiction in any way. Courts routinely grant expedited review in similar circumstances.

## CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court accelerate review and disposition of the pending motions, including Plaintiff's Motion to Remand, Plaintiff's Motion to Strike, and Plaintiff's forthcoming Motion for Default Judgment.

Respectfully submitted,

Charles Prescott, Jr.

Pro Se Plaintiff

150 Southwell Rd.

Columbia, SC 29210