**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF SOUTH CAROLINA**

**COLUMBIA DIVISION**

| | | |
|---|---|---|
| Charles Prescott, Jr.,<br><br>Plaintiff,<br><br>v.<br><br>GEICO General Insurance Company, Absolute Towing, Inc.; Mitchell International, Inc.; Ryan West, Individually; Mikael Richards, Individually; and JOHN DOE as Agent/Driver for Absolute Towing, Inc.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.<br>3:26-cv-1914-SAL-TER<br><br><br><br><br>**CERTIFICATE OF SERVICE** |

The undersigned employee of SMITH | ROBINSON, attorneys for the Defendant Mitchell International, Inc. does hereby certify that service of **Defendant Mitchell International, Inc.'s Response in Opposition to Plaintiff's Motion to Remand** in the above-captioned action was made upon the *pro se* Plaintiff by U.S. mail at the below listed addresses this the 9th day of June, 2026 as follows:

Charles Prescott, Jr.
150 Southwell Road
Columbia, SC 29210

*s/ Austin T. Reed*