IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Charles Prescott, Jr.,<br><br>Plaintiff,<br><br>vs.<br><br>GEICO General Insurance Company; Absolute Towing, Inc.; CCC Information Systems, Inc.; Mitchell International, Inc., Ryan West, Individually; Mikael Richards, Individually; and John Doe, as Agent/Driver for Absolute Towing, Inc.,<br><br>Defendants. | ) | Case No. 3:26-cv-01914-SAL-TER<br><br>**DEFENDANT RYAN WEST'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT** |

Defendant Ryan West ("West"), by and through undersigned counsel and making a special appearance, respectfully submits this Opposition to Plaintiff's Motion for Order Directing the Clerk to Enter Default Against Ryan West (ECF No. 24).

Plaintiff's Motion should be denied for three reasons. First, the Court lacks personal jurisdiction as to West. Second, Plaintiff has failed to properly serve West. And third, West made a special appearance and filed a Rule 12 motion prior to the entry of the subject Motion. With respect to the first two reasons, West refers to and incorporates herein by reference the arguments made in his Motion to Dismiss and Reply in support thereof. (ECF No. 20 and ECF No. 35). With respect to the third reason, Rule 55(a) authorizes entry of default only when a party "has failed to plead or otherwise defend." Here, West's Motion to Dismiss was filed before Plaintiff's Motion for Entry of Default; therefore, entry of default would be improper under the rule. *Lewis v. Sweetenburg*, No. 8:24-CV-5557-BHH-WSB, 2025 WL 4663200, at *6 (D.S.C. June 6, 2025) (motion for default judgment was moot where defendant's late answer was filed prior to any entry

of default); *see also Hudson v. North Carolina*, 158 F.R.D. 78, 80 (E.D.N.C. 1994) (similar; also noting a motion to dismiss "constitutes defending an action within the meaning of Rule 55(a)).

Accordingly, Plaintiff's Motion for Entry of Default should be denied.

WHELAN MELLEN & NORRIS, LLC
<u>*s/ Robert W. Whelan*</u>
Robert W. Whelan
Federal Bar No. 9242
Whelan Mellen & Norris, LLC
89 Broad Street
Charleston, SC 29401
(843) 998-7099
robbie@whelanmellen.com

*Counsel for Ryan West*

June 11, 2026
Charleston, South Carolina

**<u>CERTIFICATE OF SERVICE</u>**

I, Robert W. Whelan, the undersigned Attorney for Defendant Ryan West, do hereby certify that a copy of the electronically filed <u>DEFENDANT RYAN WEST'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT</u>, along with the Notice of Electronic Filing generated by the same, is being served on *pro se* Plaintiff Charles Prescott, Jr. by mailing the same to him via U.S. Regular mail, postage paid, to the following address of record:

Charles Prescott, Jr.
150 Southwell Rd.
Columbia, SC 29210

WHELAN MELLEN & NORRIS, LLC

*/s/ Robert W. Whelan*
Robert W. Whelan, Esq.

<u>June 11, 2026</u>